# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | 2:10-mj-00098-GWF-GWF |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| CHARITIN HERNANDEZ-LUNA, ) | |
| ) | Motion to Quash Bench Warrant (#12) |
| Defendant. ) | |

This matter is before the Court on Defendant's Motion to Quash Bench Warrant (#12), filed July 20, 2010. On August 5, 2010, Defendant Charitin Hernandez-Luna appeared before Judge Leen after being arrested on the bench warrant at issue in the present motion. (#15). Judge Leen ordered Defendant detained pending Defendant's August 13, 2010 hearing before Judge Foley. (*Id.*) Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Quash Bench Warrant (#12) is **denied** as moot.

DATED this 11th day of August, 2010.

*George Foley Jr.*
GEORGE FOLEY, JR.
**UNITED STATES MAGISTRATE JUDGE**